No. ——. GERARDO ET AL. *v.* NEW JERSEY; and

No. ——. BOIARDO *v.* NEW JERSEY. Sup. Ct. N. J. Applications for bail presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that the applications should be granted. MR. JUSTICE BRENNAN took no part in the consideration or decision of these applications.

No. 420. MCDANIEL, SUPERINTENDENT OF SCHOOLS OF CLARKE COUNTY, ET AL. *v.* BARRESI ET AL. Sup. Ct. Ga. [Certiorari granted, *ante,* p. 804.] Motion of State of Georgia for reconsideration of denial of motion for leave to participate in oral argument as *amicus curiae* [*ante,* p. 804] denied.

OCTOBER 19, 1970

No. 704. WOOD ET AL. *v.* PUTTERMAN ET AL. Affirmed on appeal from D. C. Md. MR. JUSTICE BRENNAN and MR. JUSTICE STEWART are of the opinion that probable jurisdiction should be noted. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this appeal. [For earlier order herein, see *ante,* p. 816.]

No. 451. JOHNSON *v.* STATE BAR OF CALIFORNIA ET AL. Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 588. POPPENHEIMER ET AL. *v.* TENNESSEE ET AL. Appeal from D. C. W. D. Tenn. dismissed. *Schackman v. Arnebergh,* 387 U. S. 427.